PD-1079-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/18/2015 5:03:14 PM
Accepted 8/20/2015 11:42:06 AM
ABEL ACOSTA
CLERK

No. PD-_____

FILED IN
COURT OF CRIMINAL APPEALS

August 20, 2015

ABEL ACOSTA, CLERK

IN THE

## Court of Criminal Appeals
## At Austin

———————

# Booker Newsome,
*Appellant*

*v.*

# THE STATE OF TEXAS
*Appellee*

———————

Cause number 1410219
In the 179th Judicial District Court
Of Harris County, Texas

Cause number No. No. 01-14-00834-CR
In the Court of Appeals for the First Judicial District

———————

## *Appellant's Motion for Extension of Time Within Which to file Petition for Discretionary Review*

———————

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

BOOKER NEWSOME, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his petition for discretionary review. In support of his motion, the appellant submits the following:

(A)  The appellant's petition for discretionary review is due on August 17, 2015.

(B)   The appellant seeks an extension of time to file the appellant's petition for discretionary review until, October 16, 2015.

(C)   The appellant relies upon the following facts to reasonably explain the need for an extension:

Due to the undersigned's workload, more time is necessary to review the appellate opinion  and complete a petition.

(D)   N o  previous motion requesting an extension of time to file the appellant's petition for discretionary review has been requested or granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until October 16, 2015.

Respectfully submitted,

__/s/_ **Kelly Smith**_____
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that this document contains 300 words and on January 25, 2015, a copy of the foregoing was electronically served on the State of Texas.

__/s/_ **Kelly Smith**_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX  77206
281-734-0668
Kelly.A.Smith.06@gmail.com

*Counsel for the appellant*

2